684 A.2d 551

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Aaron JONES, Petitioner.**

Supreme Court of Pennsylvania.

Nov. 12, 1996.

## *ORDER*

PER CURIAM:

AND NOW, this 12th day of November, 1996, the Petition for Writ of Prohibition and King's Bench Power is denied.

The Petition for an Emergency Stay of Execution is **GRANTED** until resolution of the currently pending PCRA litigation.